## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:26-cv-01599-DTB**                    Date: **June 17, 2026**

Title:  **John Krzyzak v. Home Depot U.S.A., Inc., et al.**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                    n/a
Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY
ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
AND COMPLY WITH COURT ORDERS; ORDER VACATING
SCHEDULING CONFERENCE**

On April 20, 2026, the Court set a Scheduling Conference for June 18, 2026. (Docket No. 10).  The Court further ordered the parties to file a Joint Rule 26(f) Report no later than June 4, 2026.  (Id. at 2).  To date, a Joint Rule 26(f) Report has not been filed.  The parties are, therefore, in violation of the Court's April 20, 2026 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order.  See Fed. R. Civ. P. 41(b).  Before dismissing this action, the Court will afford Plaintiff an opportunity to explain its failure to file the Joint Rule 26(f) Report as directed by the Court's April 20, 2026 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including June 26, 2026** to respond to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this**

MINUTES FORM 11                              Initials of Deputy Clerk  RAM
CIVIL-GEN

**Order <u>will</u> result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders.  <u>See</u> Fed.R.Civ.P. 41(b).**

The Court's June 18, 2026, scheduling conference is hereby **VACATED**.

**IT IS SO ORDERED.**

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk <u>RAM</u>